UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

STEVEN CALVIN BLACK,

    Plaintiff,

v.                                            No.:   3:06-cv-210
                                                     (VARLAN/GUYTON)

CAPTAIN BILL SHERK, et al.,

    Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that this action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the orders of the court. The court further **CERTIFIES** that any appeal from this action would not be taken in good faith and would be totally frivolous.

**E N T E R :**

                                               s/ Thomas A. Varlan
                                             UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
    s/ *Patricia L. McNutt*
    CLERK OF COURT